UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

OHIO FARMERS INSURANCE COMPANY

    Plaintiff,

v.

                              Case No. 10-CV-00515
                              Judge Nixon
MARILYNN K. GODWIN, ET AL        Magistrate Judge Bryant

    Defendants

\*\*\* \*\*\* \*\*\* \*\*\*

## ORDER DISMISSING CLAIMS AGAINST TENNESSEE FARMERS LIFE INSURANCE COMPANY

Upon the Joint Motion of the parties, Ohio Farmers Insurance Company and Tennessee Farmers Life Insurance Company, by counsel, and Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that that the claims of Plaintiff against Defendant, Tennessee Farmers Life Insurance Company be, and same hereby are, DISMISSED WITH PREJUDICE, each party to bear its own costs. This Order shall not apply to claims against Defendants, Marilynn K. Godwin and Neal Jaco.

ENTERED this 1st day of March, 2011

                                            JUDGE JOHN T. NIXON
                                            UNITED STATES DISTRICT JUDGE