UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

OHIO FARMERS INSURANCE COMPANY

    Plaintiff,

v.

                                                    Case No. 10-CV-00515
                                                    Judge Sharp

MARILYNN K. GODWIN, ET AL          Magistrate Judge Bryant

    Defendants

## **REVISED CASE MANAGEMENT ORDER**

Per the Court's Order of July 8, 2011 (Document 57), the undersigned parties having conferred and proposed the following revised pretrial deadlines, IT IS HEREBY ORDERED that the Case Management Order (Document 29) entered August 19, 2010 in the above-styled action is revised as follows:

All discovery shall be completed no later than September 16, 2011. All requests for discovery shall be served so th at a response may be timely served no later than September 16, 2011.

All potentially dispositive motions shall be filed by October 3, 2011. Responses shall be filed within 28 days of the filing of the motion and, in any event, no later than October 31, 2011. A reply, limited to five pages, shall be filed within 14 days after the filing of the response and, in any event, no later than November 14, 2011.

In all other respects, except as modified by other Orders of the Court, the Initial Case Management Order remains unchanged.

Bench trial is set to begin on February 12, 2012, at 9:00 a.m. before Judge Sharp. A pretrial conference shall be held on January 30, 2012, at 3:00 p.m. Judge Sharp will issue a separate order setting forth his requirements for both the trial and pretrial conference.

               *s/ John S. Bryant*
It is so ORDERED.       U.S. Magistrate Judge


AGREED TO:


/s/ THOMAS E. ROMA, JR. ESQ.
**THOMAS E. ROMA, JR. ESQ.**
(KY Bar # 59665)
PARKER & O'CONNELL, PLLC
217 N. 7th Street, Ste. 3
Mayfield, Kentucky 42066
270-251-101

and

/s/ T. PRICE THOMPSON, III
**T. PRICE THOMPSON, III**
(BPR#21029)
ROCHELLE, MCCULLOCH & AULDS, PLLC
109 N. Castle Heights Avenue
Lebanon, TN 37087
(615)444-1433
Fax: 615-443-8775
E-mail: pthompson@rma-law.com

*Co-Counsel for the Plaintiff*

/s/L. Bruce Peden
**L. BRUCE PEDEN**
(BPR #000245)
MOORE & PEDEN P.C.
219 B West Seventh Street
P.O. Box 981
Columbia, TN 38401
(931)381-0600

*Counsel for Defendant, Neal Jaco*