UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| OHIO FARMERS INSURANCE COMPANY, ) ) Plaintiff, ) ) v. ) MARILYNN K. GODWIN, et al., ) ) Defendants. ) | NO. 3:10-0515 Judge Nixon/Bryant |

### **O R D E R**

The revised case management order entered on August 8, 2011 (Docket Entry No. 59) inadvertently set the bench trial before District Judge Sharp on February 12, 2012. The parties are advised that the **correct** bench trial date is **February 21, 2012**, at 9:00 a.m. All other deadlines and the pretrial conference remain the same.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge