UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

OHIO FARMERS INSURANCE COMPANY, )
                                )
        Plaintiff,              )
                                )
            v.                  )   NO.  3:10-0515
                                )
MARILYNN K. GODWIN, et al.,     )   Judge Sharp/Bryant
                                )
        Defendants.             )

**O R D E R**

The District Judge has set this matter for a nonjury trial on February 21, 2012, with a final pretrial conference on January 30, 2012 (Docket Entry No. 62). It appears that all deadlines have now passed in this matter. Therefore, the Magistrate Judge certifies this matter ready for trial, and the Clerk is **directed** to forward the file to the District Judge. Unless otherwise directed by the District Judge, there appear to be no further proceedings to be conducted before the Magistrate Judge.

It is so **ORDERED**.

                        s/ John S. Bryant
                        JOHN S. BRYANT
                        United States Magistrate Judge