UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

OHIO FARMERS INSURANCE COMPANY

    Plaintiff,

v.

                              Case No. 10-CV-00515
                              Judge Sharp
                              Magistrate Judge Bryant

MARILYNN K. GODWIN, ET AL

    Defendants

\*\*\* \*\*\* \*\*\* \*\*\*

## ORDER DISMISSING

Upon the Joint Motion of the parties hereto and Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that that the above-styled action be, and same is hereby, DISMISSED WITH PREJUDICE, each party to bear its own costs.

ENTERED this 26th day of January, 2012

                                                  _/s/ Kevin H. Sharp_
                                                  KEVIN H. SHARP
                                                  UNITED STATES DISTRICT JUDGE