UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

OHIO FARMERS INSURANCE COMPANY

    Plaintiff,

v.

                                                   Case No. 10-CV-00515
                                                 Judge Sharp
                                                 Magistrate Judge Bryant

MARILYNN K. GODWIN, ET AL

    Defendants

                                               \*\*\* \*\*\* \*\*\* \*\*\*

<u>ORDER DISMISSING</u>

Upon the Joint Motion of the parties hereto and Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that that the above-styled action be, and same is hereby, DISMISSED WITH PREJUDICE, each party to bear its own costs.

ENTERED this 16th day of January, 2014

                                                        _/s/ Kevin H. Sharp_
                                                        KEVIN H. SHARP
                                                        UNITED STATES DISTRICT JUDGE